JOANNA R. MENDOZA, State Bar No. 148320
MALOVOS & MENDOZA, LLP
3620 American River Drive, Suite 215
Sacramento, CA 95864
(916) 974-8600
(916) 974-8608 FAX

Attorneys for plaintiff and counter-defendant
MARVIN L. NIES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARVIN L. NIES, | CASE NO. CIV.S-03-1991 DFL GGH |
| Plaintiff, | |
| v. | **STIPULATED REQUEST BY ALL PARTIES FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS WITH COURT** |
| BRIAN DiCIANO, TEMO GONZALEZ, D&G FARMS, and DOES 1 through 100, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

      The parties hereto, by and through their attorneys of record, hereby stipulate that an extension of time is necessary for filing the dismissal documents with the Court following settlement of all claims. The extension is necessary because of difficulties arising from gathering all signatures on the final settlement agreement, the terms of which have been agreed to by the parties as represented by the attorneys. The attorneys represent that they have each made a good faith and reasonable attempt, to date, to acquire the signatures necessary to finalize the settlement, but have simply been unable to acquire the signatures of all parties in the time period provided by the Court.

1

1       As a result, a 60-day extension of time for filing the necessary dismissal papers is requested, giving the parties until November 8, 2005.

Dated: September 9, 2005                           MALOVOS & MENDOZA, LLP

                                                                            By  /s/ Joanna R. Mendoza
                                                                                  Joanna R. Mendoza
                                                                                  Attorneys for Marvin Nies

So stipulated:

Dated: September 9, 2005                           DRISCOLL & ASSOCIATES

                                                                            By  /s/ Thomas J. Driscoll, Jr.
                                                              Thomas J. Driscoll, Jr.
                                                             Attorneys for William A.
                                                            Smith, Vina Smith, and Myrna
                                                            Smith Gish, individually and dba
                                                            Smith Nursery

Dated: September 9, 2005                           TRIEBSCH, FRAMPTON, DORIUS LIMA

                                                         By /s/ Cory B. Chartrand
                                                            Cory B. Chartrand
                                                            Attorneys for Brian DiCiano,
                                                            Temo Gonzalez and D&G Farms

**IT IS SO ORDERED**.

DATED: September 9, 2005

                                                             /s/ David F. Levi
                                                            DAVID F. LEVI
                                                            United States District Judge